# Third District Court of Appeal

## State of Florida

Opinion filed November 15, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-205
Lower Tribunal No. 10-53384
_____

**Doron Jockey Club, LLC, etc.,**
Appellant,

vs.

**B.V.K., LLC, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, William Thomas and Lisa S. Walsh, Judges.

Carlton Fields, P.A., and Dean A. Morande (West Palm Beach) and Christopher Smart (Tampa), for appellant.

Law Offices of Geoffrey B. Marks and Geoffrey B. Marks; Venable LLP and Jessie F. Beeber (New York, NY), for appellee.

Before LOGUE, C.J., and LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.